In the Matter of COLLECTORS CLUB, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [22 E. 35th St., Borough of Manhattan.]

Argued November 16, 1955; decided December 28, 1955.

*Peter Campbell Brown, Corporation Counsel* (*Edith I. Spivack, Morris Handel* and *Daniel A. Muccia* of counsel), for appellants.

*John A. Sullivan, Cornelius W. Wickersham* and *Carlton G. Champe* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.